AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

BARNARD V. MORGAN    MERIAM A. PARSONS
DOB: xx/x/xx                DOB: x/xx/xx
PDID: xxx-xxx               PDID: xxx-xxx

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about __March 4, 2008__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__ .

I further state that I am __OFFICER MICHAEL PEPPERMAN__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:    ☒ Yes   ☐ No

Signature of Complainant
**OFFICER MICHAEL PEPPERMAN**
**THIRD DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____    at    __Washington, D.C.__
Date                                                                   City and State

_____         _____
Name & Title of Judicial Officer                                          Signature of Judicial Officer

**STATEMENT OF FACTS**

      On Tuesday, March 4, 2008, sworn officers of the Metropolitan Police Department conducted a traffic stop in the 1300 block of Spring Road, NW, Washington, D.C. Officers approached the vehicle and advised the driver as to why he was pulled over. Officers detected a smell consistent with marijuana and observed green weed particles on the driver's lap. Officers asked defendants Barnard Morgan, the driver, and Meriam Parsons, the passenger, to step out of the vehicle. As defendant Morgan got out of the vehicle he stated that it was only ashes and that there were no illegal narcotics in the vehicle. Officers received consent to search the vehicle from both defendants. A records check revealed that Parsons is the registered owner of the vehicle. A search of the vehicle revealed a digital scale in the driver's side door compartment next to defendant Morgan, twelve ziplock bags containing a green weed substance, and twenty-three individually wrapped rock like substance behind the glove compartment. The rock like substance appeared to be crack cocaine. Also recovered from the vehicle was mail matter in both of the defendants names and approximately $1500 of United States currency. A portion of the rock like substance field tested positive for cocaine base and a portion of the green weed substance was field tested positive for THC, also known as marijuana. Officers placed both defendants under arrest. The approximate weight of the suspected crack cocaine was 83 grams and the weight of the suspected green weed substance was 14 grams which is an amount commonly indicating that the suspected crack cocaine and suspected green weed substance was going to be sold to others rather than used exclusively by the defendant.

 

OFFICER MICHAEL PEPPERMAN
THIRD DISTRICT -MPD


SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF MARCH, 2008.


U.S. MAGISTRATE JUDGE