**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. NO. 08-089 (CKK)** |
| **v.** | : | |
| **MERIAM PARSONS** | : | |

### UNOPPOSED MOTION FOR DEFENDANT PARSONS TO TEMPORARILY LEAVE WASHINGTON, D.C. AREA

Defendant Meriam Parsons, through counsel, respectfully moves this Honorable Court for Permissions To Leave The Washington, D.C. area from April 11, 2008 through April 14, 2008, to attend a one year memorial service for her deceased grandmother. In support thereof, Defendant submits the following:

1. On March 4, 2008, Defendant Parsons was arrested and presented along with co-defendant Bernard Morgan on the charge of Possession With Intent To Distribute Cocaine Base. Ms. Parsons pleaded not guilty and was detained pending a Detention Hearing.

2. On March 7, 2008, the Court found probable cause to believe that Ms. Parsons had committed the offense charged and released her on personal recognizance with conditions, including that she obtain permission from the Court to travel outside the Washington, D.C. area.

3. Defendant Parsons requests permission to attend a one year memorial service for her deceased grandmother in Minneapolis, Minnesota. Ms. Parsons plans to leave Washington, D.C. on April 11, 2008, and return on April 14, 2008. Ms. Parsons will be

staying with her father, Samuel Parsons, while in Minnesota. Undersigned counsel has verified this information through a telephone conversation with Samuel Parsons.

    4. Undersigned counsel has spoken with Assistant United States Attorney, Angela George regarding this motion. Ms. George stated that the Government does not oppose this motion provided that Defendant Parsons reports in person to the Pretrial Services Agency on April 15, 2008, the day after she returns to Washington, D.C.

    5. Ms. Parsons is 24 years old, has no criminal record, and resides with her mother in Silver Spring, Maryland.

    Wherefore, Defendant Parsons requests that this Honorable Court grant the instant Motion for Defendant Parsons to temporarily leave the Washington, D.C. area.

Respectfully submitted,

/s/
_____
Mitchell S. Baer
Bar No. 288324
717 D Street, N.W., Suite 210
Washington, D.C. 20004
202-347-1250

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion has been filed via ECF and thus served on all parties this 8th day of April, 2008.

/s/
_____
Mitchell S. Baer

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. NO. 08-089-02** |
| v. | : | |
| **MERIAM PARSONS** | : | |

**ORDER**

Upon consideration of the Unopposed Motion For Defendant Parsons To Temporarily Leave Washington, D.C. area,

It is this _____ day of April, 2008,

**ORDERED** that Defendant Parson's Motion is hereby granted, and Defendant Parsons may leave the Washington D.C. area from April 11, 2008, through April 14, 2008, to attend the memorial service for her grandmother in Minneapolis, Minnesota.

**IT IS FURTHER ORDERED** that Defendant Parsons will personally check in with the Pretrial Services Agency on April 15, 2008.

_____
Colleen Kollar-Kotelly
United States District Judge