UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. NO. 08-089-02 |
| v. | : | **FILED** |
| MERIAM PARSONS | : | APR - 8 2008 |
| | | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT |

### ORDER

Upon consideration of the Unopposed Motion For Defendant Parsons To Temporarily Leave Washington, D.C. area,

It is this 8th day of April, 2008,

**ORDERED** that Defendant Parson's Motion is hereby granted, and Defendant Parsons may leave the Washington D.C. area from April 11, 2008, through April 14, 2008, to attend the memorial service for her grandmother in Minneapolis, Minnesota.

**IT IS FURTHER ORDERED** that Defendant Parsons will personally check in with the Pretrial Services Agency on April 15, 2008.

_____
Colleen Kollar-Kotelly
United States District Judge