IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 3 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) CRIMINAL. NO. 08-089 (CKK) |
| BARNARD MORGAN | ) |
| | ) |
| | ) |
| _____ | ) |

ORDER

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is this 30th day of April, 2008 hereby

ORDERED, that the Motion to Withdraw as Counsel is hereby granted; and it is further

ORDERED, that David W. Bos is permitted to withdraw as counsel. Joseph Beshouri will be entering an appearance.

_____
THE HONORABLE JUDGE KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

copies to:

David W. Bos
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004

Opher Sweiki
Assistant United States Attorney
for the District of Columbia
555 4th Street, NW
Washington, D.C. 20001

