**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. NO. 08-089 (CKK)** |
| v. | : | |
| **MERIAM PARSONS** | : | |

**DEFENDANT PARSONS' NOTICE TO RETURN TO COURT**

Undersigned counsel confirms, pursuant to the Court's Order filed on June 19, 2008, and entered on June 20, 2008, that Defendant Meriam Parsons has been notified orally and in writing of the Status Hearing scheduled for July 14, 2008, at 1:30 P.M.

Respectfully submitted,

/s/
_____
Mitchell S. Baer
Bar No. 288324
717 D Street, N.W., Suite 210
Washington, D.C. 20004
202-347-1250

CERTIFICATE OF SERVICE

I hereby certify that a copy of this motion has been filed via ECF and thus served on all parties this 1st day of July, 2008.

/s/
_____
Mitchell S. Baer